**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Securities and Exchange
Commission,

                              Plaintiff,

        -against-                                 Civil Action No. 1:23-cv-6005

                                            **MOTION FOR ADMISSION**

Celsius Network Limited, et al.,          **PRO HAC VICE**

                          Defendants.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Harry B. Roback hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Securities and Exchange Commission in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Tennessee and Georgia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 13, 2023               Respectfully Submitted,

                                     Harry B. Roback

                                     Applicant Signature: _Harry Roback_

                                     Applicant's Name: Harry B. Roback

                                     Firm Name: U.S. Securities and Exchange Commission

                                     Address: 950 East Paces Ferry, Suite 900

                                     City/State/Zip: Atlanta, GA 30326

Telephone/Fax: 404-942-0690

Email: RobackH@sec.gov