UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Securities and Exchange Commission,

    Plaintiff,

v.

Celsius Network Limited, et al.,

    Defendants.

Civil Action No. 1:23-cv-6005

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, Harry B. Roback, being duly sworn, hereby depose and say as follows:

1. I am a Senior Trial Counsel with the Securities and Exchange Commission.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bar of the states of Tennessee and Georgia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case for Plaintiff.

Date July 12, 2023

*Harry Roback*
Signature of Movant
Firm Name Securities and Exchange Commission
Address 950 East Paces Ferry, Suite 900
Atlanta, GA 30326

Email RobackH@sec.gov
Phone 404-942-0690

NOTARIZED
Yolanda Jackson
NOTARY PUBLIC
Gwinnett County, GEORGIA
My Commission Expires 06/26/2024

Yolanda Jackson
NOTARY PUBLIC
Gwinnett County, GEORGIA
My Commission Expires 06/26/2024