

# BOARD OF PROFESSIONAL RESPONSIBILITY
## of the
## SUPREME COURT OF TENNESSEE

10 CADILLAC DRIVE, SUITE 220
BRENTWOOD, TENNESSEE 37027
(615) 361-7500
(800) 486-5714
FAX: (615) 367-2480
www.tbpr.org

**SANDY L. GARRETT**
CHIEF DISCIPLINARY COUNSEL
**STEVEN J. CHRISTOPHER**
DEPUTY CHIEF DISCIPLINARY COUNSEL INVESTIGATIONS
**A. RUSSELL WILLIS**
DEPUTY CHIEF DISCIPLINARY COUNSEL LITIGATION
**LAURA L. CHASTAIN**
ETHICS COUNSEL
**BEVERLY P. SHARPE**
DIRECTOR OF CONSUMER ASSISTANCE

DOUGLAS R. BERGERON
MICHAEL C. BRETT
SHILINA B. BROWN
ANDREW B. CAMPBELL
ERIC A. FULLER
JAMES W. MILAM
DIANE M. NISBET
EILEEN BURKHALTER SMITH
DISCIPLINARY COUNSEL

May 24, 2023

Mr. Harry Benjamin Roback

Re:   Harry Benjamin Roback
      BPR No. 021665

TO WHOM IT MAY CONCERN:

On December 18, 1975, the Tennessee Supreme Court established the Board of Professional Responsibility of the Supreme Court of Tennessee to supervise the conduct of attorneys licensed to practice law in this state.

The records of the Board of Professional Responsibility indicate that the attorney referenced above was licensed in Tennessee to practice law and sworn in on 11/5/2001. The attorney's license is currently Active and is in good standing.

Sincerely,

Molly Leins
Registration Manager

ML/lw