UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

Securities and Exchange Commission,

          Plaintiff,          Civil Action No. <u>1:23-cv-6005</u>

    -against-

Celsius Network Limited, et al.,

          Defendants.

The motion of <u>Harry B. Roback</u>, for admission to Practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of <u>Tennessee and Georgia</u>; and that his contact information is as follows (please print):

    Applicant's Name: <u>Harry B. Roback</u>

    Firm Name: <u>United States Securities and Exchange Commission</u>

    Address: <u>950 East Paces Ferry, Suite 900</u>

    City / State / Zip: <u>Atlanta, GA 30326</u>

    Telephone / Fax: <u>404-942-0690</u>

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for <u>Plaintiff Securities and Exchange Commission</u> in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                      _____
                                                                 United States District / Magistrate Judge