**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,                                    No. 1:23-cv-06005 (   )

v.

CELSIUS NETWORK LIMITED, and
ALEXANDER "ALEX" MASHINSKY,

Defendants.

**AFFIDAVIT OF JAMES P. CONNOR**

I, James P. Connor, declare as follows:

1.      I am in good standing of the bars of the District of Columbia and the

Commonwealth of Virginia (inactive status), and there are no pending disciplinary proceedings

against me in any state or federal court.

2.      I have never been convicted of a felony.

3.      I have never been censured, suspended, disbarred, or denied admission or

readmission by any court.

4.      I do not have any disciplinary proceedings presently pending against me.



/
/
/
/
/
[*space intentionally left blank*]
/
/

1

I declare under penalty of perjury under the law of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and accurate to the best of my knowledge, information, and belief.

/s/ James P. Connor
JAMES P. CONNOR

Dated:  July 13, 2023