

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA 30326-1382

ATLANTA
REGIONAL OFFICE

July 19, 2023

BY CM/ECF & UPS OVERNIGHT DELIVERY
Honorable Paul A. Crotty
United States District Court
Southern District New York
500 Pearl Street, Chambers 1350
New York, NY 10007

    RE:    *Securities and Exchange Commission v. Celsius Network Limited, et al.,*
                Civil Action Number 1:23-cv-6005 (PAC)

Dear Judge Crotty:

    In accordance with your Individual Practices, enclosed please find one courtesy copy of the Complaint (ECF No. 1) and two courtesy copies of the Plaintiff's Motion for Entry of Final Judgment Against Defendant Celsius Network Limited (ECF No. 6).

                Sincerely,

                *Harry Roback*

                Harry B. Roback
                Senior Trial Counsel
                Division of Enforcement

cc: Counsel of Record (via ECF)