UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CELSIUS NETWORK LIMITED, and ALEXANDER "ALEX" MASHINSKY,<br><br>Defendants. | No. 1:23-cv-06005 (PAC) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, James P. Connor hereby moves this Court for an order for admission to practice *pro hac vice* to appear as counsel for the Securities and Exchange Commission in the above-captioned action.

I am a member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 25, 2023

Respectfully submitted,

　　　　/s/ James P. Connor　　　　
JAMES P. CONNOR
U.S. Securities and Exchange Commission
100 F Street, N.E., Washington, D.C.  20549
Tel:  (202) 551-8394
Email:  connorja@sec.gov

1

## CERTIFICATE OF SERVICE

I certify that on July 25, 2023, I caused a copy of the foregoing Motion for Admission *Pro Hac Vice* to be served by ECF on all parties who have made an ECF appearance.

/s/ James P. Connor
JAMES P. CONNOR
