UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CELSIUS NETWORK LIMITED, and ALEXANDER "ALEX" MASHINSKY,<br><br>Defendants. | No. 1:23-cv-06005 (PAC) |

### AFFIDAVIT OF JAMES P. CONNOR

I, James P. Connor, declare as follows:

1. I am in good standing of the bars of the District of Columbia and the Commonwealth of Virginia (inactive status), and there are no pending disciplinary proceedings against me in any state or federal court.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. I do not have any disciplinary proceedings presently pending against me.

/
/
/
/
/
*[space intentionally left blank]*
/
/

1

I declare under penalty of perjury under the law of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and accurate to the best of my knowledge, information, and belief.

/s/ James P. Connor
JAMES P. CONNOR

Dated: July 25, 2023

District of Columbia

Signed and Sworn to (or affirmed) before me on 09/25/23 (Date) by JAMES P. CONNOR
(Name(s) of Individual(s) Making Statement)

Signature of Notarial Officer: _____

Title of Office: NOTARY PUBLIC

My Commission Expires: 09/30/2027