UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CELSIUS NETWORK LIMITED, and ALEXANDER "ALEX" MASHINSKY,<br><br>Defendants. | No. 1:23-cv-06005 (PAC) |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of James P. Connor for admission to practice pro hac vice in the above captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia and that his contact information is as follows:

> James P. Connor
> Securities and Exchange Commission
> 100 F Street, N.E.
> Washington, D.C.  20549
> Tel:  (202) 551-8394
> Email:  connorja@sec.gov

Applicant having requested admission pro hac vice to appear for all purposes as counsel for the Securities and Exchange Commission in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

1

 _____
 United States District/Magistrate Judge

Dated: _____