UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,              ECF Case

    - against -                     No. 23 Civ. 6005 (PAC)

ALEXANDER MASHINSKY,

                Defendant.          ~~PROPOSED~~ **ORDER**

------------------------------------------x

      WHEREAS, on September 18, 2023, the Government submitted a motion seeking to intervene in this action and to stay this matter in its entirety in light of the pendency of the parallel criminal action *United States v. Mashinsky, et al.*, 23 Cr. 347 (JGK) (the "Criminal Case"), in which an indictment has been returned; and

      WHEREAS, defendant Alexander Mashinsky consents to the stay of this matter in its entirety;

      WHEREAS, the SEC takes no position on the Government's request to stay this matter in its entirety; and

      WHEREAS, the Court finds that a stay of this matter in its entirety is in furtherance of the interests of justice and will not prejudice any party; it is

ORDERED that the Government's motion to intervene is GRANTED. It is further

ORDERED that this matter is stayed in its entirety until the completion of the Criminal Case.

SO ORDERED.

/s/ Paul A. Crotty

HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

September 19, 2027
DATE