UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                              Plaintiff,

-v-

CELSIUS NETWORK LIMITED, ET AL.,

                              Defendants.

23 Civ. 6005 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

This case has been reassigned to this Court's docket. Although it appears that no immediate action is needed, the Court requests a brief letter from the parties, due **April 23, 2024**, informing the Court of the status of this matter and of the parallel criminal action in deference to which this matter has been stayed *sine die*.

SO ORDERED.

                                                                      *Paul A. Engelmayer*

                                                                      PAUL A. ENGELMAYER
                                                                      United States District Judge

Dated: April 16, 2024
       New York, New York