

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
950 EAST PACES FERRY ROAD, N.E., SUITE 900
ATLANTA, GA 30326-1382

ATLANTA
REGIONAL OFFICE

September 8, 2025

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *SEC v. Celsius Network Ltd., et al.*, Civil Action No. 1:23-cv-06005-PAE

Dear Judge Engelmayer:

The parties respectfully submit this joint letter to notify the Court that the criminal case against Mr. Mashinsky has been resolved. *See United States v. Mashinsky*, Crim. Action No. 1:23-cr-00347 (S.D.N.Y.). Specifically, Mr. Mashinsky pled guilty to one count of commodities fraud and one count of securities fraud. The Court sentenced Mr. Mashinsky to twelve years in prison and entered a forfeiture order against him for approximately $48 million.

At this time, the SEC and Mr. Mashinsky, who is proceeding *pro se*, respectfully ask that the Court grant them ninety days to confer regarding how to proceed in this matter. The parties propose that they file another joint letter at the end of that period.

Respectfully submitted,

/s/ Harry B. Roback                                          /s/ Alexander Mashinsky[1]
Harry B. Roback                                              *Pro se*
U.S. Securities and Exchange Commission
950 East Paces Ferry Rd. NE
Atlanta, GA 30326
404-942-0690
RobackH@sec.gov

*Counsel for Plaintiff*

---

[1] Electronic signatures are used with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.