

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA 30326-1382

ATLANTA
REGIONAL OFFICE

December 5, 2025

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

      Re:    *SEC v. Celsius Network Ltd., et al.*, Civil Action No. 1:23-cv-06005-PAE

Dear Judge Engelmayer:

      The Securities and Exchange Commission respectfully submits this letter in accordance with the Court's instruction.  Since the parties filed their last status report, Mr. Mashinsky began serving the prison sentence imposed in the case captioned, *United States v. Mashinsky*, Crim. Action No. 1:23-cr-00347 (S.D.N.Y.).  In addition, undersigned counsel was unable to work on this matter during the recent lapse in appropriations.  As a result, the SEC respectfully asks that the Court grant the parties sixty days to confer regarding how to proceed in this matter.  The SEC proposes that the parties file another joint letter at the end of that period.

      Respectfully submitted,

      /s/ Harry B. Roback
      Harry B. Roback
      U.S. Securities and Exchange Commission
      950 East Paces Ferry Rd. NE
      Atlanta, GA 30326
      404-942-0690
      RobackH@sec.gov

      *Counsel for Plaintiff*

cc:    Alexander Mashinsky