

**ATLANTA
REGIONAL OFFICE**

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
950 EAST PACES FERRY ROAD, N.E., SUITE 900
ATLANTA, GA 30326-1382

March 30, 2026

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

      Re:    *SEC v. Celsius Network Ltd., et al.*, Civil Action No. 1:23-cv-06005-PAE

Dear Judge Engelmayer:

      The Securities and Exchange Commission respectfully submits this letter in accordance with the Court's instruction.  Since filing the last status report, counsel for the SEC has continued to evaluate a path forward in this matter.  At this time, counsel does not believe that Court intervention is needed.  The SEC respectfully asks that the Court grant the parties sixty days to file another status report.

                  Respectfully submitted,

                  /s/ Harry B. Roback
                  Harry B. Roback
                  U.S. Securities and Exchange Commission
                  950 East Paces Ferry Rd. NE
                  Atlanta, GA 30326
                  404-942-0690
                  RobackH@sec.gov

                  *Counsel for Plaintiff*

cc:    Alexander Mashinsky