**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CELSIUS NETWORK LIMITED, et al.,**<br><br>**Defendants.** | **Civil Action No. 1:23-cv-6005-PAE** |

## ORDER

Upon consideration of Plaintiff's Motion for Entry of Final Judgment Against Defendant Alex Mashinsky, it is hereby

ORDERED that the motion is GRANTED.

SO ORDERED.

Date: November 23, 2026

Paul A. Engelmayer
PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE